Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLPH COOK AND ROSE COOK, | No. C 06 0035 JL |
| Plaintiff, | Before the Honorable JAMES LARSON |
| vs. | **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** |
| ELI LILLY AND COMPANY, | Conference Date:  APRIL 5, 2006 |
| Defendant. | Conference Time:  10:30 a.m.<br>Location:  Courtroom F, 19TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the APRIL 5, 2006 Case Management Conference ("CMC") to July 26, 2006, at 10:30 a.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED:   March 31, 2006

_____
HONORABLE
United States District Court Judge

*IT IS SO ORDERED*
*Judge James Larson*

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1